UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH ANTHONY CASTRO,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>COVELLO, et al.,<br><br>　　　　　Defendants. | No. 2:23-cv-0694 AC P<br><br><br>ORDER |

Plaintiff filed a motion for extension of time to file a First Amended Complaint (ECF No. 17). Good cause appearing, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for an extension of time (ECF No. 17) is granted; and

2. Plaintiff is granted thirty days after being served with this order, to file a First Amended Complaint.

DATED: October 16, 2024

　　　　　　　　　　　　　　　　　　／s／ Allison Claire
　　　　　　　　　　　　　　　　　ALLISON CLAIRE
　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE