1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                     FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   JOSEPH ANTHONY CASTRO,                     No.  2:23-cv-0694 DC AC P

12               Plaintiff,

13         v.                                    ORDER

14   COVELLO, et al.,

15               Defendants.

16

17         On October 11, 2024, the court reassigned this case to a different district judge.  ECF No.

18   15.  This reassignment did not affect the magistrate judge assigned to this case.

19         That same day, the court received plaintiff's request for extension of time to file a First

20   Amended Complaint.  ECF No. 17.  A few days later, the magistrate judge granted plaintiff's

21   request for a 30-day extension to file a First Amended Complaint.  ECF No. 18.  Apparently

22   unaware that the court had already granted plaintiff's initial request, plaintiff mailed what the

23   court construes to be a duplicative motion for extension of time on October 17, 2024.  ECF No.

24   19 ("I just received this notice that one of my pending cases has been reassigned.  Due to this

25   change I feel it best to resend a request for a 30 day extension.").  Because this motion is

26   substantively duplicative of the recently granted request for 30-day extension, the court denies the

27   motion (ECF No. 19) as unnecessary, duplicative, and moot.

28   ////

1       Accordingly, IT IS HEREBY ORDERED that:

2           1.  Plaintiff's motion for an extension of time (ECF No. 19) is denied; and

3           2.  Plaintiff has thirty days after being served with the court order granting his initial

4    request for an extension (ECF No. 18) to file a First Amended Complaint.

5    DATED: October 23, 2024

6    _____
     ALLISON CLAIRE
7    UNITED STATES MAGISTRATE JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28